May 07, 2004

Mr. Robert F. Brown
Brown & Hofmeister, L.L.P.
1717 Main Street, Suite 4300
Dallas, TX 75201-4335
Mr. Bruce W. Bringardner
Thompson Coe Cousins & Irons, LLP
700 N. Pearl Street, 25th Floor
Dallas, TX 75201

RE: Case Number: 02-0369
 Court of Appeals Number: 02-00-00205-CV
 Trial Court Number: 98-10690-16

Style: TOWN OF FLOWER MOUND, TEXAS
 v.
 STAFFORD ESTATES LIMITED PARTNERSHIP

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Stephanie |
| |Lavake |
| |Ms. Tracy Kunkel |